UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KAYLEE L. L. O/B/O M.M.L. (Minor), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-cv-00558-JPH-MG |
| | ) |
| MARTIN O'MALLEY Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mario Garcia has entered a Report and Recommendation recommending that the Court affirm the ALJ's opinion. Dkt. 17. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [17]. The ALJ's opinion is **AFFIRMED**. Final judgment will issue by separate entry.

**SO ORDERED**.

Date: 2/5/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel